# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| In re: | Case No. 09-49459 |
|---|---|
| EBONIE S DAVIS | |
| Debtor(s) | |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/31/2009.

2) The plan was confirmed on 05/27/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 11/10/2011, 07/05/2012.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/03/2010, 09/14/2010, 04/05/2011, 09/13/2011, 09/27/2011, 09/27/2011, 04/10/2012, 11/14/2012.

5) The case was dismissed on 09/05/2013.

6) Number of months from filing to last payment: 39.

7) Number of months case was pending: 48.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $4,125.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $7,552.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$7,552.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,324.85 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $467.80 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,792.65** |
| Attorney fees paid and disclosed by debtor: | $0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACE CASH EXPRESS INC | Unsecured | 778.34 | NA | NA | 0.00 | 0.00 |
| ACME CREDIT SERVICE | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| AFNI INC | Unsecured | 158.00 | NA | NA | 0.00 | 0.00 |
| AFNI INC | Unsecured | 46.00 | NA | NA | 0.00 | 0.00 |
| ALL KIDS & FAMILY CARE | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| AMERICAS FINANCIAL CHOICE | Unsecured | 970.88 | 1,203.88 | 1,203.88 | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | NA | 1,436.03 | 1,436.03 | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 527.00 | 549.22 | 549.22 | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 117.00 | 117.00 | 117.00 | 0.00 | 0.00 |
| BEAMER CARLON & CRAIGEN | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL CITY INC | Unsecured | 330.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 1,712.80 | 2,670.80 | 2,670.80 | 0.00 | 0.00 |
| CITY OF WAUKEGAN BUREAU OF PA | Unsecured | 210.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT INC | Unsecured | 784.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC | Unsecured | 1,329.00 | NA | NA | 0.00 | 0.00 |
| CREDIT UNION 1 | Unsecured | NA | 1,817.34 | 1,817.34 | 0.00 | 0.00 |
| DENTAL WORKS | Unsecured | 899.00 | NA | NA | 0.00 | 0.00 |
| DRS BONDED | Unsecured | 1,035.00 | NA | NA | 0.00 | 0.00 |
| FIELD ST PROPERTIES LLC | Unsecured | 1,450.00 | NA | NA | 0.00 | 0.00 |
| FIRST ACCEPTANCE INSURANCE | Unsecured | 59.00 | NA | NA | 0.00 | 0.00 |
| FIRST AMERICA CREDIT | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| GC SERVICES | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SE | Unsecured | 363.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SVC | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS LENDING CORP | Unsecured | 474.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TITLE LOANS | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| ILLINOIS TITLE LOANS | Secured | 4,000.00 | 7,139.72 | 3,759.35 | 3,759.35 | 0.00 |
| LOYOLA MEDICAL CENTER | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 927.69 | 927.69 | 0.00 | 0.00 |
| MACMURRAY COLLEGE | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| MED BUSI BUR | Unsecured | 169.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| MEDICAL BUSINESS BUREAU | Unsecured | 78.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL RECOVERY SPECIALISTS | Unsecured | 955.00 | NA | NA | 0.00 | 0.00 |
| METLIFE | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Unsecured | 1,463.00 | NA | NA | 0.00 | 0.00 |
| MONTEREY FINANCIAL SVCS | Unsecured | 1,622.62 | NA | NA | 0.00 | 0.00 |
| NATIONAL ENTERPRISE SYSTEMS | Unsecured | 2,100.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 444.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN HOSPITAL | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 1,878.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 685.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 422.72 | 422.72 | 422.72 | 0.00 | 0.00 |
| PROFESSIONAL ACCOUNT MGMT IN | Unsecured | 94.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS INC | Unsecured | 38.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY CONSULTANTS | Unsecured | 478.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY CONSULTANTS | Unsecured | 18.00 | NA | NA | 0.00 | 0.00 |
| RUSH | Unsecured | 645.00 | NA | NA | 0.00 | 0.00 |
| RUSH OAK PARK HOSPITAL | Unsecured | 101.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE SERVICING | Unsecured | 33,886.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | 4,178.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 272.00 | 308.18 | 308.18 | 0.00 | 0.00 |
| SST | Unsecured | 2,401.03 | 10,571.78 | 10,571.78 | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 2,193.00 | 4,725.50 | 4,725.50 | 0.00 | 0.00 |
| STATE OF ILLINOIS | Unsecured | 569.00 | NA | NA | 0.00 | 0.00 |
| SUN CASH | Unsecured | 210.00 | NA | NA | 0.00 | 0.00 |
| THE LOAN MACHINE | Unsecured | 6,475.00 | NA | NA | 0.00 | 0.00 |
| UNITED COLLECTION BUREAU | Unsecured | 73.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY PATHOLOGISTS PC | Unsecured | 38.00 | NA | NA | 0.00 | 0.00 |
| UPTOWN CASH | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| VANDENBERG CHASE & ASSOC | Unsecured | NA | 389.17 | 389.17 | 0.00 | 0.00 |
| VILLAGE OF OAK PARK | Unsecured | 1,827.00 | NA | NA | 0.00 | 0.00 |
| WEST SUB PROVISIONAL REC | Unsecured | 53.00 | NA | NA | 0.00 | 0.00 |
| WEST SUBURBAN EMERGENCY SVC | Unsecured | 385.00 | NA | NA | 0.00 | 0.00 |
| WEST SUBURBAN HEALTH CARE | Unsecured | 42.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $3,759.35 | $3,759.35 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$3,759.35** | **$3,759.35** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$25,139.31** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,792.65 |
| Disbursements to Creditors | $3,759.35 |
| **TOTAL DISBURSEMENTS:** | **$7,552.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/30/2013                    By: /s/ Tom Vaughn
                                             Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**